IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **ALLEY CAT ALLIES INCORPORATED** | CASE NO. 5:25-cv-00520-SL |
| Plaintiff, | JUDGE SARA LIOI |
| vs. | |
| **SUMMIT COUNTY ANIMAL CONTROL DEPARTMENT, ET AL.** | |
| Defendants. | |

**PLAINTIFF ALLEY CAT ALLIES' NOTICE OF VOLUNTARY DISMISSAL**

COMES NOW, Plaintiff Alley Cat Allies, by and through counsel, and hereby gives notice that the above-captioned action is voluntarily dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Upon information and belief, this matter has been rendered generally moot as Defendants are only intaking critically injured or ill cats and per public records, have modified the administration of drug dosages.

As of the date of this filing, the Defendants have not filed an answer or a motion for summary judgment.

Respectfully submitted,
HOLLAND & MUIRDEN

*/s/ DanaMarie K. Pannella*
DanaMarie K. Pannella (#0090221)
1343 Sharon-Copley Road, P. O. Box 345
Sharon Center, Ohio 44274
(330) 239-4480; Fax (330) 239-6224
E-mail: dpannella@hmlawohio.com

1

## **CERTIFICATE OF SERVICE**

      This is to certify that a copy of the foregoing has been served by email on this date to:

*Aaron Campbell, Esq.*
*acampbell@prosecutor.summitoh.net*
*Counsel for County Defendants*

| | |
|---|---|
| <u>5/23/2025</u> | <u>*/s/ DanaMarie K. Pannella*</u> |
| Date | DanaMarie K. Pannella |
| | Attorney for Plaintiff |