# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| ALLEY CAT ALLIES, INCORPORATED, | ) | CASE NO. 5:25-cv-520 |
| | ) | |
| PLAINTIFF, | ) | CHIEF JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER OF DISMISSAL |
| SUMMIT COUNTY ANIMAL CONTROL DEPARTMENT, *et al.*, | ) | |
| | ) | |
| DEFENDANTS. | ) | |

This matter comes before the Court upon plaintiff's Notice of Voluntary Dismissal without prejudice. (Doc. No. 9.) Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff may dismiss an action by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. Plaintiff in this case has filed such a notice, and no answer or motion for summary judgment has been filed. Therefore, this case is closed.

**IT IS SO ORDERED**.

Dated: May 27, 2025

    HONORABLE SARA LIOI
    CHIEF JUDGE
    UNITED STATES DISTRICT COURT